AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern      DISTRICT OF      New York

PATRICIA RASMUSSEN CATALANO,                         **APPEARANCE**

      Plaintiff,

-against-                                            Case Number: 07 civ 8093(GEL)

CLEARSTREAM BANKING, S.A.,

      Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Clearstream Banking S.A.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/22/2007 | *[signature]* |
| Date | Signature |
| | Gary D. Friedman — GDF 6175 |
| | Print Name — Bar Number |
| | 767 Fifth Avenue |
| | Address |
| | New York — New York — 10153 |
| | City — State — Zip Code |
| | (212) 310-8963 — (212) 310-8007 |
| | Phone Number — Fax Number |