UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| PATRICIA RASMUSSEN CATALANO, | Case No. 07-CIV-8093 (GEL) |
| Plaintiff, | **Rule 7.1 Statement** |
| v. | |
| CLEARSTREAM BANKING, S.A. | |
| Defendant. | |

-----------------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Clearstream Banking, S.A., by its attorneys, hereby states as follows:

1. Clearstream Banking, S.A. ("Clearstream"), a Luxembourg corporation, is a wholly owned subsidiary of Deutsche Borse AG, a Frankfurt corporation.

2. There are no other publicly held entities which own 10% or more of Clearstream's equity.

November 19, 2007

Respectfully submitted,

Clearstream Banking, S.A.

By: _____
Gary D. Friedman
*Attorneys for Defendant*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8963